# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

|  |  |
|---|---|
| **LACRECIA MILLICAN**, on behalf of herself and all others similarly situated, | Case No: |
| Plaintiff, | Hon. |
| v. | Mag. |
| **CHEWY, INC.**, a Delaware corporation, |  |
| Defendant. |  |

## CONSENT TO JOIN

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2. I worked for Chewy, Inc. as an hourly employee and I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' counsel will petition the Court for an award of attorneys' fees from any settlement or judgment.

3. I hereby designate the Sommers Schwartz, P.C. and Steffans Legal PLLC law firms to represent me in this lawsuit.

Signature: */s/ LaCrecia Millican*

Print Name: LaCrecia Millican

Date Signed: 07/06/2023